UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, etc.,<br>            Plaintiff(s),<br><br> v.<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ<br>            Defendant(s).<br>————————————————————————— / | No.  C07-03733 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

CHRISTINE J. LEVIN

Dated: <u>August 10, 2007</u>

<u>                                        </u>
Signature

Counsel for <u>Plaintiff                </u>
(Plaintiff, Defendant or indicate "pro se")

NDC-07