# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS ADMINISTRATION,  E-filing
Receiver for PROSPERO VENTURES, L.P.,

          Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

JOSE MARIA INSENSER and LUCIA MARTINEZ,

CASE NUMBER: C07-03733 JL

          Defendants.

TO: (Name and address of defendant)
JOSE MARIA INSENSER and LUCIA MARTINEZ
c/o Stephen Hyndman, Agent for Service of Process
175 Lundys Lane
San Francisco, CA 94110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Arlene P. Messinger, Esq.<br>U.S. Small Business Administration<br>Receiver for Prospero Ventures, L.P.<br>409 Third Street, S.W., 7th Floor<br>Washington, DC 20416 | Darryl J. Horowitt, Esq.<br>Coleman & Horowitt, LLP<br>499 West Shaw, Suite 116<br>Fresno, CA 93704 |

and

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking     JUL 19 2007
CLERK                  DATE

(BY) DEPUTY CLERK

NDCAO440