| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| COLEMAN & HOROWITT, LLP<br>ATTORNEYS AT LAW<br>DARRYL J. HOROWITT - SBN # 100898<br>499 W. SHAW AVENUE, SUITE 116<br>FRESNO, CA  93704 | (559) 248-4820 | |
| ATTORNEY FOR (NAME)    U.S. SMALL BUS. ADMIN., ET AL | REFERENCE NUMBER<br>0T269012-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
U.S. SMALL BUS. ADMIN., ET AL vs. JOSE MARIA INSENSER, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703733JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** JOSE MARIA INSENSER

**Person Served:** STEPHEN HYNDMAN
**Title:** PERSON AUTHORIZED TO ACCEPT

**Date of Delivery:** 08/13/07
**Time of Delivery:** 09:20 pm

**Place of Service:** 175 LUNDYS LANE
SAN FRANCISCO, CA 94110        (Residence)

**Physical Description:**

| AGE: | 42 | HAIR: | GRAY | HEIGHT: | 5'6" | RACE: | C |
|---|---|---|---|---|---|---|---|
| SEX: | MALE | EYES: | BROWN | WEIGHT: | 145 LBS | | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:**   $ 59.50

---

[X] Registered: SAN FRANCISCO County,
Number: 2007-0001019

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475

*Client File # 1875.01*
PROOF OF SERVICE
308/0T269012-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 16, 2007
at: San Francisco, California.

Signature: *John Myers Jr.*
Name: JOHN MYERS JR.
Title: REGISTERED PROCESS SERVER

U.S. SMALL BUSINESS ADMINISTRATION VS. JOSE MARIA INSENSER AND
LUCIA MARTINEZ
CASE # C07-03733JL

## LIST OF DOCUMENTS TO BE SERVED

1) USDC SUMMONS & COMPLAINT

2) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

4) FILING GUIDELINE

5) ECF REGISTRATION INFORMATION HANDOUT

6) ADR CERTIFICATION BY PARTIES AND COUNSEL

7) INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5)

8) NOTICE OF NEED FOR ADR PHONE CONFERENCE

9) NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)

10) STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

11) ADR DISPUTE RESOLUTION PROCEDURES HANBOOK