| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | FOR COURT USE ONLY |
|---|---|---|
| COLEMAN & HOROWITT, LLP          TELEPHONE NO.<br>ATTORNEYS AT LAW                         (559) 248-4820<br>DARRYL J. HOROWITT - SBN # 100898<br>499 W. SHAW AVENUE, SUITE 116<br>FRESNO, CA 93704<br>ATTORNEY FOR (NAME)   U.S. SMALL BUS. ADMIN., ET AL | REFERENCE NUMBER<br>QT269012-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
U.S. SMALL BUS. ADMIN., ET AL vs. JOSE MARIA INSENSER, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703733JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name:**  LUCIA MARTINEZ

**Person Served:**  STEPHEN HYNDMAN
**Title:**  PERSON AUTHORIZED TO ACCEPT

**Date of Delivery:**  08/13/07
**Time of Delivery:**  09:20 pm

**Place of Service:**  175 LUNDYS LANE
SAN FRANCISCO, CA 94110              (Residence)

**Physical Description:**

| AGE: | 42 | HAIR: | GRAY | HEIGHT: | 5'6" | RACE: | C |
|---|---|---|---|---|---|---|---|
| SEX: | MALE | EYES: | BROWN | WEIGHT: | 145 LBS | | |

**Manner of Service:**  Personal Service - By Personally Delivering Copies.

**In Compliance With:**  [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:**  $ 59.50

| [X] Registered: . . . SAN FRANCISCO . . . County,<br>Number: . . . . 2007-0001019 . . . . . . . .<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>30B/QT269012-02     *Client File # 1875.01*<br>PROOF OF SERVICE | I declare under penalty of perjury that the foregoing is true and correct<br>and that this declaration was executed<br>on: . . . . . . . . . August 16, 2007 . . . . . . . ,<br>at: . . . . . . . . . San Francisco . . . . California.<br><br>Signature: _John Myers Jr._<br>Name: JOHN MYERS JR.<br>Title: REGISTERED PROCESS SERVER |
|---|---|

**U.S. SMALL BUSINESS ADMINISTRATION VS. JOSE MARIA INSENSER AND
LUCIA MARTINEZ
CASE # C07-03733JL**

## LIST OF DOCUMENTS TO BE SERVED

1) **USDC SUMMONS & COMPLAINT**

2) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND
ADR DEADLINES**

3) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE FOR TRIAL**

4) **FILING GUIDELINE**

5) **ECF REGISTRATION INFORMATION HANDOUT**

6) **ADR CERTIFICATION BY PARTIES AND COUNSEL**

7) **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING
SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5)**

8) **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

9) **NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)**

10) **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

11) **ADR DISPUTE RESOLUTION PROCEDURES HANDBOOK**