UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver           Case No. C07-03733 JL
for PROSPERO VENTURES, L.P.
              Plaintiff(s),

         v.                           ADR CERTIFICATION BY PARTIES
JOSE MARIA INSENSER and               AND COUNSEL
LUCIA MARTINEZ

              Defendant(s).
_____/
```

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 2, 2007

Brian S. Stern, PRINTG FOR RECEIVER
[Party]
Brian S. Stern
Principal for the Receiver

Dated: October 2, 2007

[Counsel]
DARRYL J. HOROWITT

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

I attest that concurrence in the filing of this document has been obtained from Brian S. Stern.

DARRYL J. HOROWITT