ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ,<br><br>Defendant(s). | NO.   C07-0377 JL<br><br>**REQUEST TO ENTER DEFAULT BY CLERK PURSUANT TO F.R.C.P. 55**<br><br>Hon. James Larson |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. (hereinafter "Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant JOSE MARIA INSENSER and LUCIA MARTINEZ (hereinafter "Defendant") on the ground that said Defendant has failed to appear or

otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure and as follows:

1. Plaintiff filed its complaint against Defendant for breach of partnership agreement on July 19, 2007.

2. On August 13, 2007, Plaintiff served the complaint on Defendant, by personal service.

3. A conformed copy of the summons and proofs of service was submitted to this court on September 4, 2007.

4. The time for filing an answer or other response as to Defendant expired on September 5, 2007.

5. Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

6. Pursuant to Rule 55(a), because Plaintiff has filed a well-pleaded complaint and because Defendant has failed to timely respond, "the clerk shall enter the party's default."

7. Pursuant to Federal Rule of Civil Procedure, Rule 55 (b)(1), the computation of the sum of money owed is easily made as it is contractually based.

WHEREFORE, Plaintiff requests the Clerk of the Court enter the default of Defendants JOSE MARIA INSENSER and LUCIA MARTINEZ.

Dated: October 12, 2007

Respectfully submitted,

COLEMAN & HOROWITT, LLP

By: _____
CHRISTINE J. LEVIN
Attorneys for Plaintiff,
U.S. SMALL BUSINESS
ADMINISTRATION,
as Receiver for
PROSPERO VENTURES, L.P.

///

///

1
2        Default entered on (specify date): _____

3
4                                       CLERK OF THE U.S. DISTRICT COURT
5                                       EASTERN DISTRICT OF CALIFORNIA
6
7
                                        By:_____
8                                            Deputy Clerk
9
10
11        Now, therefore, on request of counsel, the DEFAULT of the Defendant JOSE MARIA
12   INSENSER and LUCIA MARTINEZ named below is hereby entered:
13
14   Dated: _____
15
16                                                By: _____
                                                      Deputy Clerk
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF CHRISTINE J. LEVIN

I, CHRISTINE J. LEVIN, declare as follows:

1. I am an attorney at law duly licensed to practice before United States of America and am an associate with the law firm of COLEMAN & HOROWITT, LLP, attorneys of record for Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for SAN JOAQUIN BUSINESS INVESTMENT GROUP, INC.

2. I have personal knowledge of the facts contained herein and if called upon as a witness, I could testify competently thereto.

3. This declaration is filed in support of Plaintiff's Request to Enter Default.

4. As of the date of the filing of this request, I have received no response to the complaint from Defendant.

Executed October 12, 2007, at Fresno, California. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
CHRISTINE J. LEVIN

PROOF OF SERVICE

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On October 12, 2007, I served the foregoing document(s) described as REQUEST TO ENTER DEFAULT on the interested parties, addressed as follows:

Stephen Hyndman
175 Lundys Lane
San Francisco, CA 94110

[X] BY MAIL - by placing [X] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[] BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[] BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on October 12, 2007, at Fresno, California.

Jennifer Armenta