**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
――――――――

www.cand.uscourts.gov

Richard W. Wieking                                                                                General Court Number
Clerk                                                                                                    415.522.2000

October 26, 2007

RE:  <u>CV 07-03733 JL</u>   <u>U.S. SMALL BUSINESS ADMINISTRATION-v- JOSE MARIA</u>
<u>INSENSER</u>


Default is entered as to defendants Jose Maria Insenser and Lucia Martinez on 10/26/07.




RICHARD W. WIEKING, Clerk


by<u>Gloria Acevedo</u>
Case Systems Administrator
To Chief Magistrate Judge James Larson




NDC TR-4  Rev. 3/89