1    ARLENE P. MESSINGER
     Assistant General Counsel for SBIC Enforcement
2    U.S. Small Business Administration
     Receiver for Prospero Ventures, L.P.
3    409 Third Street, S.W., 7th Floor
     Washington, DC  20416
4    Telephone: (202) 205-6857
     Facsimile: (202) 481-0325
5
     DARRYL J. HOROWITT  #100898
6    CHRISTINE J. LEVIN  #192181
     COLEMAN & HOROWITT, LLP
7    Attorneys at Law
     499 West Shaw, Suite 116
8    Fresno, California 93704
     Telephone: (559) 248-4820
9    Facsimile: (559) 248-4830

10   Attorneys for Plaintiff,
     U.S. SMALL BUSINESS ADMINISTRATION,
11   as Receiver for PROSPERO VENTURES, L.P.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15   U.S. SMALL BUSINESS                   NO.    C 07-03733 MEJ
     ADMINISTRATION, as Receiver for       Related Cases
16   PROSPERO VENTURES, L.P.,                    No. C 07-03732 MEJ
                                                 No. C 07-03735 MEJ
17                     Plaintiff,                No. C 07-03736 MEJ
                                                 No. C 07-03737 MEJ
18        v.                                     No. C 07-03738 MEJ
                                                 No. C 07-03739 MEJ
19   JOSE MARIA INSENSER and LUCIA               No. C 07-03740 MEJ
     MARTINEZ,                                   No. C 07-03741 MEJ
20
                       Defendant.         **APPLICATION FOR JUDGMENT
21                                        PURSUANT TO CLERK'S ENTRY
                                          OF DEFAULT**
22
                                          **(Filed concurrently with Memorandum
23                                        of Points and Authorities, Declaration
                                          of Christine J. Levin, Brian Stern, and
24                                        Proposed Judgment)**

25                                        Date: January 17, 2008
                                          Time: 10:00 a.m.
26                                        Courtroom B, 15th Floor

27

28   TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS

                                       I

1  OF RECORD:

2      Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO

3  VENTURES, L.P. (hereinafter "Plaintiff"), hereby requests a default judgment against Defendants

4  JOSE MARIA INSENSER and LUCIA MARTINEZ (hereinafter "Defendants") pursuant to Rule

5  55(b)(1) of the Federal Rules of Civil Procedure. This application shall be based on this application,

6  the accompanying memorandum and points of authorities, the declarations of Christine J. Levin and

7  Brian Stern, and the papers and pleadings on file in this action.

8      1.    Entry of Clerk's Default:  A request for entry of clerk's default for failure to

9  respond or appear was filed herein on October 12, 2007.

10      2.    Proof Required for Clerk's Judgment: The declarations of Brian Stern and Christine

11  J. Levin filed herewith establishes proof of:

12          (a)    A sum certain due and owing Plaintiff by said Defendants;

13          (b)    A contract or statutory claim;

14          (c)    Defendants' nonmilitary status; and,

15          (d)    Costs properly awardable by the clerk.

16      3.    Judgment to be Entered:

17      Plaintiff has suffered damages in the principal sum of $18,713, together with interest at the

18  rate of 9.5% per annum as per the contract rate (the prime rate plus four percent per annum), as of

19  November 15, 2007, the total interest due and owing is $4,734.13, with interest accruing at a daily

20  rate of $4.87 until judgment; attorneys' fees in the amount of $2,672.64; and costs in the amount of

21  $556.24; for a total judgment of $26,676.01 plus interest commencing November 16, 2007.

22                                  Respectfully submitted,

23                                  COLEMAN & HOROWITT, LLP

24  Dated: December 11, 2007

25                                  By:/S/ Christine J. Levin
                                    CHRISTINE J. LEVIN
26                                  Attorneys for Plaintiff
                                    U.S. SMALL BUSINESS
27                                  ADMINISTRATION, as Receiver
                                    for PROSPERO VENTURES, L.P.

28

2

1

**PROOF OF SERVICE**

2   I declare that I am a resident of the County of Fresno.  I am over the age of eighteen (18)
3   years and not a party to the within action.  My business address is 499 West Shaw, Suite 116, Fresno,
    California 93704.

4   On December 12, 2007, I served the foregoing document described as **APPLICATION FOR
    JUDGMENT PURSUANT TO CLERK'S ENTRY OF DEFAULT** on the interested parties,
5   addressed as follows:

6

7

8   [x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed
         envelope with postage thereon fully prepaid in the firm's outgoing mail.  I am "readily
         familiar" with the firm's practice of collecting and processing correspondence for mailing.
9        It is deposited with United States Postal Service on that same day in the ordinary course of
         business.

10

11  []   BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original
         thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery
         to the addressee noted above.

12

13  []   BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and
         at the address shown above.

14  []   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically
         transmitted to the parties, by using their facsimile number indicated below.

15

        Facsimile No.

16

17  []   STATE: I declare under penalty of perjury under the laws of the State of California that the
         foregoing is true and correct.

18  [x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court
         at whose direction service was made.

19  Executed on December 12, 2007, at Fresno, California.

20

21                                          _Lisa R. Barr_
                                            Lisa R. Barr

22

23

24

25

26

27

28

3

**Via U.S. Mail**

Stephen Hyndman
175 Lundys Lane
San Francisco, CA 94110

Agent for Defendants,
Jose Maria Insenser and Lucia Martinez

**Via California Overnight:**

**<u>Chambers Copies</u>**

Hon. Maria-Elena James
U.S. District Court, Northern District
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA 94102

4

APPLICATION FOR JUDGMENT