U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, D.C. 20416
Receiver for PROSPERO VENTURES, L.P.
666 Eleventh Street, N.W. - Suite 200
Washington, D.C. 20001-4542
Telephone (202) 272-3617  FAX (202) 504-2247; 272-7701

REGISTERED MAIL
RETURN RECEIPT FOR INTERNATIONAL MAIL

February 9, 2005

Mr. Jose Maria Insenser & Ms. Lucia Martinez
c/o Mesena,
72 Portal no. 9
28033 Madrid, Spain

      RE:    *USA v. PROSPERO VENTURES, L.P.*, Case No. C 04 - 4351,
              US DC, Northern District of California, San Francisco Division

Dear Mr. Jose Maria Insenser & Ms. Lucia Martinez:

    The Receiver has previously notified you that PROSPERO VENTURES, L.P. ("Prospero") was ordered into Receivership by the Order of the U. S. District Court for the Northern District of California (the "Receivership Court") entered October 20, 2004 (the "Receivership Order") in the captioned case, and that the U. S. Small Business Administration ("SBA") was appointed as the Receiver ("Receiver"). Paragraph 2 of the Receivership Order grants to the Receiver ". . . all powers, authorities, rights, and privileges heretofore possessed by the general partner, officers, directors, managers . . . of Prospero under applicable state and federal law and by the Agreement of Limited Partnership . . ." Another copy of the Receivership Order is enclosed.

    In accordance with the Prospero (f/k/a ASCII Ventures, L. P.) Agreement of Limited Partnership, you committed to invest a total of $37,426 in Prospero. Enclosed is a copy of the Investor Questionnaire Signature Page which both of you executed. The records maintained by the prior management of Prospero, which have been provided to the Receiver, indicate that your capital commitment is unfunded in the amount of $18,173.

    The Receiver hereby makes demand on you for payment of the sum of $18,173 in satisfaction of your unfunded capital commitment. You are required to forward payment in the full amount to the Receiver not later than March 18, 2005. Payment must be in the form of a <u>bank cashier's check</u> payable to

                    *SBA, Receiver for Prospero Ventures, L.P.*

SBA IS AN EQUAL OPPORTUNITY EMPLOYER AND PROVIDER

EXHIBIT G

February 9, 2005
LP Demand
Page 2

which should be mailed to the Receiver at the following address:

> Brian S. Stern, Principal Agent
> SBA, Receiver for Prospero Ventures, L.P.
> 666 Eleventh St., N.W. – Suite 200
> Washington, DC 20001-4542.

Your failure to make timely payment in full of your unfunded capital commitment will compel the Receiver to pursue all of its legal rights and remedies available.

Should you have any questions or wish to discuss this matter, feel free to write to the undersigned at the above address or call me directly at (202) 272-3604.

Sincerely,
U.S. SMALL BUSINESS ADMINISTRATION
Receiver for PROSPERO VENTURES, L.P.

By: _____
Brian S. Stern
Principal Agent for the Receiver
Direct Tel: (202) 272-3604

Enclosure
cc:   A. A. Speight, SBA O/L
      A. P. Messinger, Esq., SBA OGC

lpdemand.2

DOTCOM VENTURES, L.P. (FORMERLY ASCII VENTURES, L.P.)
INVESTOR QUESTIONNAIRE SIGNATURE PAGE

The representations and warranties set forth herein, including the information set forth on this signature page, are true and accurate as of the date hereof and shall be true and accurate as of the date of sale of the Interest and shall survive such date. If in any respect such representations and warranties shall not be true and accurate prior to sale of the Interest, the undersigned shall give immediate notice of such fact to the General Partner, specifying which representations and warranties are not true and accurate and the reasons therefor.

LEGAL NAME OF INVESTOR: __Jose Maria Insenser & Lucia Martinez__

Type of Investor. Please check the applicable box:

- ☒ Individual        ☐ Trust
- ☐ Corporation    ☐ Other _____
- ☐ Partnership

The undersigned is either (i) an "employee benefit plan" as defined in §3(3) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") (including any plan that is exempt from Title I of ERISA pursuant to §4(b) of ERISA), (ii) a plan described in IRC §4975(e)(1) (including an individual retirement account or annuity), or (iii) any entity the underlying assets of which are deemed to include "plan assets" under ERISA.

- ☐ Yes, the undersigned is one of the above.
- ☒ No, the undersigned is not any of the above.

Name and Address of primary contact person: __Jose Maria Insenser__
__Ctra Canillas, 17, pt 4, 5º__
__28043 Madrid (Spain)__

Telephone Number: __(34) 91 3774762__

Fax Number: ( ) _____

Other persons who should receive Partnership correspondence: _____

Please specify your Tax I.D. Number or check the appropriate box:
- ☐ Tax I.D. No.: __NONE__
- ☐ Exempt under IRC §401(a)
- ☐ Exempt under IRS §501(c)(3)

Total Capital Commitment: $ __30,000__

By: _____
Signature

Date: _____

70097 v1/SH
1S2r01! DOC

6.

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi a livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number: RB383338123US | | | |
| Office of Mailing (Bureau de dépôt): 22205 | | | Date of Posting (Date de dépôt): Feb 9, 2005 | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire): Jose M. Insenser & Lucia Martinez
Street and No. (Rue et No.): c/o Mesena, 72 Portal No. 9
Place and Country (Localité et pays): 28033 Madrid, Spain

The article mentioned above was duly delivered. / L'envoi mentionné ci-dessus a été dûment livré.
Signature of Addressee / Signature du destinataire
Office of Destination Employee Signature / Signature de l'agent du bureau du destination

PS Form 2865, February 1997 (Reverse)

---

Registered No. RB383338123US    Date Stamp: 0138  01  02/09/2005

| Reg. Fee | $7.50 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.60 | Restricted Delivery | $0.00 |
| Received by | | | |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance  ☒ Without Postal Insurance | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Brian Stern, Prin. Agent
SBA, Receiver for Prospero Ventures
6(100) 22205 14th St. N.W., Suite 200
Washington D.C.; 20001-4542

TO:
Jose M. Insenser & Lucia Martinez
c/o Mesena, 72 Portal No. 9
28 Spain Madrid, Spain

PS Form 3806, May 2004 (7530-02-000-9051)  Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com