ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARIA INSENSER and LUCIA MARTINEX, <br><br> Defendant. | NO.   C 07-03733 MEJ <br><br> [PROPOSED] JUDGMENT AND ORDER [Filed concurrently with Application for Judgment, Memorandum of Points and Authorities, Declarations of Christine J. Levin and Brian Stern] <br><br> Related Cases: <br><br> C 07-03732 MEJ <br> C 07-03735 MEJ <br> C 07-03736 MEJ <br> C 07-03737 MEJ <br> C 07-03738 MEJ <br> C 07-03739 MEJ <br> C 07-03740 MEJ <br> C 07-03741 MEJ |

The Application of Plaintiff, PROSPERO VENTURES, L.P., for a judgment against Defendants, JOSE MARIA INSENSER and LUCIA MARTINEZ came on for hearing pursuant to application brought pursuant to Rule 55 of the Federal Rules of Civil Procedure.

A clerk's default was entered against Defendant for failure to make an appearance in this

1  matter, on October 26, 2007. Upon Plaintiff's Application showing that Plaintiff is entitled to
2  judgment against Defendant, and good cause appearing therefor.
3  　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff, PROSPERO
4  VENTURES, L.P., shall recover from Defendants, JOSE MARIA INSENSER and LUCIA
5  MARTINEZ, the principal sum of $18,713 together with interest at the rate of 9.5% per annum
6  ($4.87 per day) from March 18, 2005 through November 15, 2007 in the amount of and accruing
7  thereafter at the daily rate of $4.87 until entry of judgment and continuing thereafter until paid in full,
8  attorneys' fees in the amount of $2,672.64, and costs in the amount of $556.24, for a total amount
9  of $26,676 plus interest commencing November 16, 2007.

11  Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On December 12, 2007, I served the foregoing document described as **[PROPOSED] JUDGMENT AND ORDER [Filed concurrently with Application for Judgment, Memorandum of Points and Authorities, Declaration of Christine J. Levin, and Proposed Judgment]** on the interested parties, addressed as follows:

Stephen Hyndman
175 Lundys Lane
San Francisco, CA 94110

Agent for Defendants,
Jose Maria Insenser and Lucia Martinez

[x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[]  BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]  BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]  BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[]  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on December 12, 2007, at Fresno, California.

_____
Lisa R. Barr