**United States District Court**
**For the Northern District of California**

1

2             IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   U.S. SMALL BUSINESS ADMINISTRATION,          No. C 07-3732 MEJ
    as Receiver for PROSPERO VENTURES, L.P.,     Related Cases
6                                                    No. C 07-3733 MEJ
              Plaintiff(s),                          No. C 07-3735 MEJ
7                                                    No. C 07-3736 MEJ
       vs.                                           No. C 07-3737 MEJ
8                                                    No. C 07-3738 MEJ
    JANE C. SLOANE,                                  No. C 07-3739 MEJ
9                                                    No. C 07-3740 MEJ
              Defendant(s).                          No. C 07-3741 MEJ
10  _____/
                                                 **NOTICE OF IMPENDING**
11  AND RELATED CASES                            **REASSIGNMENT TO A UNITED**
                                                 **STATES DISTRICT COURT JUDGE**
    _____/
12

13
            The Clerk of this Court will now randomly reassign this case to a United States District
14  Judge

15  because either:

16  _____   (1)  One or more of the parties has requested reassignment to a United States District Judge,
    or
17
     X      (2)  One or more of the parties has sought  a kind of judicial action that a Magistrate Judge
18  may not take without the consent of  all parties, the necessary consents have not been secured, and
    time is of the essence.
19
    _____   (3)  One or more of the parties is without counsel and have not made the necessary consent
20  to proceed before a Magistrate Judge within 30 days.

21          All previous hearing dates are hereby  **VACATED.**

22
     Dated: December 13,  2007
23

24          _____
            Maria-Elena James
25          United States Magistrate Judge

26
            _____
27
            By: Brenda Tolbert, Deputy Clerk
28