**United States District Court**
For the Northern District of California

1
2
3
4              IN THE UNITED STATES DISTRICT COURT
5
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
   U.S. SMALL BUSINESS ADMIN                Case No. C07-3733 VRW
8  as Receiver for Prospero Ventures LP,    related to:
9              Plaintiff,                    C07-3735 VRW U.S. SBA v High Growth
                                            Management Ltd
10   v.                                      C07-3740 VRW U.S. SBA v Luzon Investments
11  JOSE MARIA INSENSER and LUCIA           Ltd
   MARTINEZ, et al.,
12                                          **SECOND**
              Defendant.                    **CLERK'S NOTICE**
13 _____/

14
15 (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the
   Notice of Electronic Filing  or the  Certificate of Service)
16
17      YOU ARE NOTIFIED THAT Plaintiff's Motion for Default Judgment Against

18 Defendants for the above cases currently scheduled for April 24, 2008 shall be  **advanced to**

19 **Thursday, April 3, 2008 at 2:30 p.m.**   Please report to Courtroom #6, on the 17th floor at 450

20 Golden Gate Avenue, San Francisco, California.

21 Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable

22 to reach a stipulation, the requesting party shall submit an exparte application with a proposed

23 order.

24 Dated: February 26, 2008

25                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
26

27                                          By: _____
                                            Cora Klein, Courtroom Deputy Clerk to
28                                          Chief Judge Vaughn Walker