1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT #100898
6  CHRISTINE J. LEVIN #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., | NO. C07-03733 VRW<br>Related Cases<br>No. C 07-03732 VRW |
|---|---|
| Plaintiff(s), | No. C 07-03735 VRW<br>No. C 07-03736 VRW<br>No. C 07-03737 VRW |
| v. | No. C 07-03738 VRW<br>No. C 07-03739 VRW |
| JOSE MARIA INSENSER and LUCIA MARTINEZ, | No. C 07-03740 VRW<br>No. C 07-03741 VRW |
| Defendant(s). | **APPLICATION FOR TELEPHONIC APPEARANCE AT THE HEARING FOR APPLICATION FOR DEFAULT and ORDER**<br><br>Date: April 3, 2008<br>Time: 2:30 p.m.<br>Courtroom 6, 17th Floor |

25 TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE

26 ATTORNEYS OF RECORD:

27      Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO

28 VENTURES, L.P. (hereinafter "Plaintiff"), hereby requests permission to appear telephonically

                                        1

at the hearing regarding the application for default judgment against Defendants JOSE MARIA INSENSER and LUCIA MARTINEZ. (hereinafter "Defendants"). The hearing for default judgment is made pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

The declarations in lieu of testimony fully support the motion such that a personal appearance materially assists in a determination of the facts. Because Defendants did not file an answer or other responsive pleading, all matters have been admitted.

Respectfully submitted,

COLEMAN & HOROWITT, LLP

Dated: March 19, 2008

By: /S/ Christine J. Levin
CHRISTINE J. LEVIN
Attorneys for Plaintiff
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

# ORDER

IT IS ORDERED THAT, good cause appearing, Christine J. Levin, counsel for U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. may appear by telephone at the Motion for Application for Default and Order hearing scheduled on April 3, 2008.

Dated: _____

                                        HON. VAUGHN R. WALKER
                                        UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On March 19, 2008, I served the foregoing document described as **APPLICATION FOR TELEPHONIC APPEARANCE AT THE HEARING FOR APPLICATION FOR DEFAULT and ORDER** on the interested parties, addressed as follows:

[x]   BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]   BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]   BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[]   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 19, 2008, at Fresno, California.

_____
Lisa R. Barr

<u>Service List</u>

Stephen Hyndman
175 Lundys Lane
San Francisco, CA 94110

Agent for Defendants,
Jose Maria Insenser and Lucia Martinez


Via California Overnight:

Chambers Copies

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102