ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ,<br><br>Defendant(s). | NO.   C07-03733 VRW<br>Related Cases<br>    No. C 07-03732 VRW<br>    No. C 07-03735 VRW<br>    No. C 07-03736 VRW<br>    No. C 07-03737 VRW<br>    No. C 07-03738 VRW<br>    No. C 07-03739 VRW<br>    No. C 07-03740 VRW<br>    No. C 07-03741 VRW<br><br>**ORDER TO SHOW CAUSE AS TO WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**<br><br>Date: April 3, 2008<br>Time: 3:30 p.m.<br>Courtroom 6, 17th Floor |

TO DEFENDANTS JOSE MARIA INSENSER and LUCIA MARTINEZ.:

///

///

1

1   Unless you provide in writing good cause setting forth why default should not be entered
2   on April 3, 2008, the Plaintiff's application for court default judgment pursuant to Rule 55 (b)(2)
3   shall be entered without further appearance by Plaintiff.

**Respectfully submitted,**

Dated: March 24, 2008        COLEMAN & HOROWITT, LLP

By: */S/ Christine J. Levin*
CHRISTINE J. LEVIN
Attorneys for Plaintiff
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

# PROOF OF SERVICE

I declare that I am a citizen of the United States of America and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On March 24, 2008, I served the foregoing document(s) described as **ORDER TO SHOW CAUSE AS TO WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED** on the interested parties, addressed as stated on the attached service list.

[x]     BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]     BY CALIFORNIA OVERNIGHT - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]      BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]      BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated on the attached service list.

[]      STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]     FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 24, 2008, at Fresno, California.

_____
Lisa R. Barr

<u>Service List</u>

Stephen Hyndman
175 Lundys Lane
San Francisco, CA 94110

Agent for Defendants,
Jose Maria Insenser and Lucia Martinez


Via California Overnight:

Chambers Copies

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102