ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff(s), <br><br> v. <br><br> JOSE MARIA INSENSER and LUCIA MARTINEZ, <br><br> Defendant(s). | NO.   C07-03733 VRW <br> Related Cases <br>     No. C 07-03732 VRW <br>     No. C 07-03735 VRW <br>     No. C 07-03736 VRW <br>     No. C 07-03737 VRW <br>     No. C 07-03738 VRW <br>     No. C 07-03739 VRW <br>     No. C 07-03740 VRW <br>     No. C 07-03741 VRW <br><br> [PROPOSED] JUDGMENT AND ORDER] <br><br> [Filed concurrently with Application for Judgment, Memorandum of Points and Authorities, Declarations of Christine J. Levin and Brian Stern] <br><br> Date: April 3, 2008 <br> Time: 3:30 p.m. <br> Courtroom 6, 17th Floor |

The Application of Plaintiff, PROSPERO VENTURES, L.P., for a judgment against

Defendants, JOSE MARIA INSENSER and LUCIA MARTINEZ came on for hearing pursuant

1

1    to application brought pursuant to Rule 55 (b)(2) of the Federal Rules of Civil Procedure.

2        A clerk's default was entered against Defendants for failure to make an appearance in this
3    matter, on October 26, 2007. Upon Plaintiff's Application showing that Plaintiff is entitled to a
4    court judgment against Defendants, and good cause appearing therefor.

5        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff, PROSPERO
6    VENTURES, L.P., shall recover from Defendants, JOSE MARIA INSENSER and LUCIA
7    MARTINEZ, the principal sum of $18,713 together with interest at the rate of 9.5% per annum
8    ($4.87 per day) from March 18, 2005 through March 24, 2008, in the amount of and accruing
9    thereafter at the daily rate of $4.87 until entry of judgment and continuing thereafter until paid in
10   full, attorneys' fees in the amount of $3,597.42, and costs in the amount of $644.74, for a total
11   amount of $28,321.90 plus interest commencing March 25, 2008.

12   Dated: _____

14    
15                                      UNITED STATES DISTRICT JUDGE
                                   HON. VAUGHN R. WALKER

**PROOF OF SERVICE**

I declare that I am a citizen of the United States of America and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On March 24, 2008, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT AND ORDER] [Filed concurrently with Application for Judgment, Memorandum of Points and Authorities, Declarations of Christine J. Levin and Brian Stern]** on the interested parties, addressed as stated on the attached service list.

[x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]  BY CALIFORNIA OVERNIGHT - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]  BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]  BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated on the attached service list.

[]  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 24, 2008, at Fresno, California.

_/s/ Lisa R. Barr_<br>Lisa R. Barr

<u>Service List</u>

Stephen Hyndman
175 Lundys Lane
San Francisco, CA 94110

Agent for Defendants,
Jose Maria Insenser and Lucia Martinez


Via California Overnight:

Chambers Copies

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102