```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES SMALL BUSINESS              No   C 07-3733   VRW
ADMINISTRATION, as Receiver for
PROSPERO VENTURES, LP,                         ORDER

            Plaintiff,

       v

JOSE MARIA INSENSER and LUCIA
MARTINEZ,

            Defendants.
_____/
```

       Plaintiff seeks default judgment that defendants breached their partnership agreement with Prospero Ventures by failing to make their agreed capital contribution in full. Plaintiff filed its complaint on July 19, 2007. Doc #1. Defendants were served on August 13, 2007, but they did not respond. Doc #4. On October 26, 2007, the clerk entered default. Doc #10.

Plaintiff filed a motion for default judgment against defendants on December 12, 2007.  Doc #16.  Plaintiff served its motion and supporting papers on defendants on January 30, 2008.  Doc #23.  Defendants have not responded to the motion for default judgment.

Accordingly, defendants are hereby ORDERED TO SHOW CAUSE in writing by April 11, 2008, why plaintiff's motion for default judgment should not be entered.  Unless defendants provide in writing good cause setting forth why default judgment should not be entered, plaintiff's application for default judgment under FRCP 55(b) shall be granted without further appearance by plaintiff.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge