IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP., <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARIA INSENSER and LUCIA MARTINEZ, <br><br> Defendant. _____/ | No. C 07-3733 VRW <br><br> **CLERK'S NOTICE** |

(Plaintiff is required to serve a copy of this NOTICE and the ORDER TO SHOW CAUSE, and file proof of service with the Court, on any party who have not made an appearance on the case.)

YOU ARE NOTIFIED THAT the deadline for defendants to response in writing to the Court's order to show cause filed April 3, 2008 has been extended to May 9, 2008.

Dated: April 29, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker