IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP,<br><br>              Plaintiff,<br><br>    v<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ,<br><br>              Defendants.<br>_____ / | No   C 07-3733   VRW<br><br>ORDER |

      Plaintiff's counsel has requested attorney fees in this case in the amount of $2,672.64.  See Doc #16 (memorandum of points and authorities) at 5:24.  Counsel's declaration describes the general method used to allocate fees, but it does not attest that defendants' share of the fees is $2,672.64.  See Doc #16 (Levin declaration) at ¶¶21-25.  See also SBA v Luzon, No 07-3740 (VRW)

Doc #14 (Levin declaration) at ¶26 (stating that "Luzon's share of the attorneys' fees total $3,600.13"). Counsel shall submit a revised declaration no later than 11am on July 16, 2008.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge