IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP., <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARIA INSENSER and LUCIA MARTINEZ, <br><br> Defendants. _____/ | No. C 07-3733 VRW <br><br> **JUDGMENT IN A CIVIL CASE** |

In accordance with the Court's order granting plaintiffs' motion for default judgment filed July 16, 2008, **IT IS SO ORDERED AND ADJUDGED** that judgment in this action shall be entered in favor of plaintiff and against defendants. The court awards plaintiff $28,759.36, consisting of $18,713 in contract damages, $5,892.70 in interest, $3,597.42 in attorney fees and $556.24 in expenses.

Dated: July 17, 2008                              Richard W. Wieking, Clerk

                                                  By: *Cora Klein*
                                                  Deputy Clerk